**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-2203

AHMED GBADANSI MURTALA,

Petitioner,

versus

JOHN ASHCROFT, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals (A72-163-325).

Submitted: March 3, 2004          Decided: March 19, 2004

Before MICHAEL, SHEDD, and DUNCAN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Allan Ebert, LAW OFFICES OF ALLAN EBERT, Washington, D.C., for Petitioner. Peter D. Keisler, Assistant Attorney General, John C. Cunningham, Senior Litigation Counsel, Larry P. Cote, OFFICE OF IMMIGRATION LITIGATION, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ahmed Gbadansi Murtala, a native and citizen of Nigeria, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his motion to reopen deportation proceedings. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying Murtala's motion to reopen. See 8 C.F.R. § 1003.2(a) (2003); INS v. Doherty, 502 U.S. 314, 323-24 (1992). Accordingly, we deny the petition for review on the reasoning of the Board. See In re: Murtala, No. A72-163-325 (B.I.A. Sept. 4, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED